Shawn SCOTT, Plaintiff–Appellant,

v.

Bruce HILYER, Judge, Defendant–Appellee.

No. 05–35343.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 27, 2006.*

Filed Nov. 7, 2006.

Joseph P. Williams, Esq., Shoreline, WA, for Plaintiff–Appellant.

King County Prosecuting Attorney's Office, Seattle, WA, for Defendant–Appellee.

Before: GOODWIN and KOZINSKI, Circuit Judges, and SHADUR,** District Judge.

**MEMORANDUM ***

As the district court correctly recognized, this case is barred by the *Rooker–Feldman* doctrine. *See Rooker v. Fid. Trust Co.*, 263 U.S. 413, 416, 44 S.Ct. 149, 68 L.Ed. 362 (1923); *D.C. Court of Ap-*

*peals v. Feldman,* 460 U.S. 462, 482, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

